UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 JUL -2 PM 12: 31
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| UNITED STATES OF AMERICA, | ) |                              |
|---|---|---|
| Plaintiff, | ) |                              |
| v. | ) | Cause No.                    |
| MAHDE DANNON, | ) | (-01)                        |
| Defendant. | ) | 1:19-cr-0229 RLY-DML         |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Shipping and transporting in interstate commerce any firearm or ammunition by person under an indictment<br>18 U.S.C. § 922(n) | 0-10 | $250,000 | Up to 3 years |
| 2-3 | Transfer of a firearm and ammunition to a prohibited person<br>18 U.S.C. § 922(d) | 0-10 | $250,000 | Up to 3 years |
| 4 | Possessing, concealing, bartering, selling and disposing of a stolen firearm<br>18 U.S.C. § 922(j) | 0-10 | $250,000 | Up to 3 years |
| 5 | Unlicensed manufacturing and dealing of firearms<br>18 U.S.C. § 922(a)(1)(A) | 0-10 | $10,000 | Up to 3 years |
| 6-7 | Manufacturing of unregistered firearm<br>26 U.S.C. § 5861(f) | 0-10 | $250,000 | Up to 3 years |
| 8 | Attempting to provide material support to a Foreign Terrorist Organization<br>18 U.S.C. §§ 2 and 2339B(a)(1) | 0-15 | $250,000 | Up to 3 years |

Dated: _____

_____
MAHDE DANNON,
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____

United States Magistrate Judge
Southern District of Indiana