# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 11, 2022

*By the Court*:

| No. 21-2975 | UNITED STATES OF AMERICA, Plaintiff - Appellee v. MAHDE DANNON, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00229-RLY-DML-1 Southern District of Indiana, Indianapolis Division District Judge Richard L. Young ||

Upon consideration of the **MOTION TO DISMISS APPEAL**, filed on July 9, 2022, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**   (form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 11, 2022

To: Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| No. 21-2975 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>MAHDE DANNON, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00229-RLY-DML-1<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                            F.R.A.P. 42(b) and C.R. 51(f)

STATUS OF THE RECORD:                        no record to be returned

This notice sent to:
[X]  United States Probation Officer

form name: **c7_Mandate**   (form ID: **135**)